IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**HEIDI McMONIGAL,**

      Plaintiff,

  vs.                                  Civil Action 2:11-CV-156
                                        Judge Smith
                                        Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

      Defendant.

## ORDER

On January 25, 2012, the United States Magistrate Judge recommended that the decision of the Commissioner be affirmed and that this action be dismissed. *Report and Recommendation*, Doc. No. 25. Although the parties were advised of their right to file objections to the *Report and Recommendation*, and of the consequences of their failure to do so, there has been no objection.

The Report and Recommendation is **ADOPTED AND AFFIRMED**. The decision of the Commissioner is **AFFIRMED**. This action is hereby **DISMISSED.**

The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).

                                                *s/George C. Smith*
                                                **George C. Smith, Judge**
                                                **United States District Court**